IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT WAYNE MACK | ) |
| | ) No. 3-11-0431 |
| v. | ) |
| | ) |
| FOX COLLECTION CENTER, INC.; | ) |
| and EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. | ) |

O R D E R

The initial case management conference, originally scheduled on July 25, 2011, at 1:15, before the Honorable Aleta Trauger, is RESCHEDULED to **Monday, July 25, 2011, at 1:00 p.m.,** before the undersigned Magistrate Judge, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge